UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: CR02-374-JCC |
| Plaintiff, | ) | |
| v. | ) | SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE |
| ANGELA DELINA BANCHERO, | ) | |
| Defendant. | ) | |

An evidentiary hearing on supervised release revocation in this case was scheduled before me on September 19, 2005. The United States was represented by AUSA John J. Lulejian for Douglas B. Whalley and the defendant by James M. Roe. The proceedings were recorded on cassette tape.

Defendant had been sentenced on or about May 30, 2003 by the Honorable John C. Coughenour on a charge of Conspiracy to Distribute Cocaine and Heroin and sentenced to 15 Months Custody, 5 years Supervised Release. (Dkt. 395)

The conditions of supervised release included requirements that defendant comply with all local, state, and federal laws and with the standard conditions of supervision. Other special conditions included no firearms, narcotic addiction or drug dependency treatment and testing, refrain from alcohol and other intoxicants, submit to search, provide financial information to probation officer, and no new credit without authorization.

Defendant's probation officer reported on November 1, 2004 that defendant had used cocaine and percocet by testing positive for those substances. As this was her first positive test since commencing supervision, it was recommended that no action be taken at the time. (Dkt. 542).

On January 25, 2005, the defendant's probation officer reported that defendant had tested positive for cocaine on November 23, 2004 and December 7, 2004, her third and fourth positive drug tests since commencing supervision. The defendant was reprimanded and testing and counseling were increased. (Dkt. 544)

In an application dated September 1, 2005, U.S. Probation Officer Jennifer J. Tien alleged the following violation of the conditions of supervised release:

1. Failing to report for urinalysis testing on July 14, 2005, August 2 and 11, 2005 in violation of the special condition of drug aftercare.

2. Using cocaine on or before August 29, 2005 and August 31, 2004 in violation of the standard condition #7.

3. Failing to participate in drug after care treatment as directed by her U.S. Probation officer in violation of the special condition of drug aftercare. (Dkt. 629)

In an application dated September 9, 2005, U.S. Probation Officer Jennifer J. Tien alleged the following violation of the conditions of supervised release:

4. Driving under the influence of alcohol on May 20, 2005 in Seattle, Washington, in violation of the general condition that she not commit any federal, state or local crimes. Because this charge is still pending in the state court below, the government **amended** the violation to read "Being arrested and charged with Driving under the influence of alcohol on May 20, 2005 in Seattle, Washington in violation of the general condition that she not commit any federal, state or local crimes." If defendant is convicted of this charge in the state court, the parties acknowledge that the government will file a supplemental violation notice charging the commission of the offense of Driving under the influence of alcohol.

       5.      Using alcohol on May 20, 2005 in violation of the special condition that she abstain from the use of alcohol during the term of supervision.

       6.      Using cocaine on or before September 7, 2005 in violation of standard condition #7.

       7.      Driving on a suspended license on September 7, 2005 in violation of the general condition that she not commit any federal, state or local crimes. (Dkt. 633)

Defendant was advised in full as to those charges and as to her constitutional rights.

Defendant admitted each of the alleged violations (including amended violation number 4) and waived any evidentiary hearing as to whether they occurred.

I therefore recommend the Court find defendant violated her supervised release as alleged and that the Court conduct a hearing limited to the issue of disposition. The next hearing will be set before Judge Coughenour.

Pending a final determination by the Court, defendant has been detained.

DATED this  19th  day of September, 2005.

_[signature]_
Mary Alice Theiler
United States Magistrate Judge

cc:    District Judge:         Honorable John C. Coughenour
       AUSA:                 John J. Lulejian, Douglas B. Whalley
       Defendant's attorney:  James M. Roe
       Probation officer:     Jennifer J. Tien