# UNITED STATES DISTRICT COURT
## for the WESTERN DISTRICT of WASHINGTON

| | |
|---|---|
| UNITED STATES of AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ANGELA BANCHERO, ) <br> ) <br> Defendant. ) | CR02-374 JCC <br><br> MINUTE ORDER |

    Defendant's motion for the appointment of new counsel (dkt #651) is hereby GRANTED. James Roe is hereby discharged.

    The CJA Panel of the Western District of Washington is hereby DIRECTED to appoint new counsel for the defendant.

Dated this 12th day of October, 2005

*James P. Donohue*

James P. Donohue
U.S. Magistrate Judge

**MINUTE ORDER**